**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**STEPHEN WESLEY PAGE,
ADC #611216**                                                                               **PLAINTIFF**

**V.**                          **CASE NO. 5:17-CV-319-KGB-BD**

**JAMES GIBSON, et al.**                                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.     Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Page may file written objections to this Recommendation if he disagrees with the Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Page may waive any right to appeal questions of fact.

### II.    Discussion

Stephen Wesley Page, formerly an Arkansas Department of Correction inmate at the Varner Unit, filed this civil rights lawsuit on November 30, 2017. (Docket entry #1) Mr. Page is no longer incarcerated at the Varner Unit, as evidenced by mail returned to the Court as undeliverable on May 9, 2018, with a notation that Mr. Page had been "parole[d]." (#27)

Local rules require litigants who are not represented by counsel to inform the Court of any change in address, but Mr. Page did not do so. Therefore Mr. Page was ordered to notify the Court of his new address within 30 days of May 10, 2018. (#28) To date, he has failed to comply with the Court's May 10, 2018 Order, and the deadline for doing so has passed. The Court specifically cautioned Mr. Page that his claims could be dismissed if he failed to comply with the Court's Order.

### III.   Conclusion

The Court recommends that Mr. Page's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 10, 2018 Order and failure to prosecute this case.

DATED, this 12th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE