# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STEPHEN WESLEY PAGE,
ADC #611216                                                              PLAINTIFF

v.                          Case No. 5:17-cv-00319-KGB/BD

JAMES GIBSON, *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States District Magistrate Judge Beth Deere (Dkt. No. 20). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 20). Accordingly, the Court grants separate defendants James Gibson, Jared Byers, and Wendy Kelley's motion for summary judgment on exhaustion (Dkt. No. 15). Plaintiff Stephen Wesley Page's claims against Mr. Gibson, Mr. Byers, and Director Kelley are dismissed without prejudice (Dkt. No. 1). The Court denies as moot Mr. Gibson's motion to dismiss (Dkt. No. 8).

So ordered this the 26th day of June, 2018.

_____
Kristine G. Baker
United States District Judge