**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**STEPHEN WESLEY PAGE,**
**ADC #611216**                                                                                            **PLAINTIFF**

**v.**                                      **Case No. 5:17-cv-00319-KGB/BD**

**JAMES GIBSON,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 30). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 30). The Court dismisses without prejudice plaintiff Stephen Wesley Page's complaint for failure to prosecute (Dkt. No. 1).

So ordered this the 9th day of August, 2018.

_____
Kristine G. Baker
United States District Judge