IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEPHEN WESLEY PAGE,
ADC #611216                                                                                    PLAINTIFF

v.                      Case No. 5:17-cv-00319-KGB/BD

JAMES GIBSON, *et al.*                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Stephen Wesley Page's complaint is dismissed without prejudice.

So adjudged this the 9th day of August, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge